No. 92–6374.   RESTREPPO v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 92–6376.   MUNOZ v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 92–6377.   MAYS v. ANGELONE, DIRECTOR, NEVADA DEPARTMENT OF PRISONS.   C. A. 9th Cir.   Certiorari denied.

No. 92–6379.   ANDERSON v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 92–6404.   HALL v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 92–6417.   MAXWELL v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 92–6429.   PIMENTAL-REYES v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 92–6431.   RUFF v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 92–6433.   MARTENS v. BLACKWOOD.   C. A. 11th Cir.   Certiorari denied.

No. 92–6436.   MARTENS v. NUGENT.   C. A. 11th Cir.   Certiorari denied.

No. 92–6438.   BAILEY v. RUIZ ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 92–6451.   MICHEL v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 92–6491.   PALERMO v. ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 92–6496.   SINKHORN v. DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY.   C. A. 7th Cir.   Certiorari denied.

No. 92–6506.   LAW v. JABE, WARDEN.   C. A. 6th Cir.   Certiorari denied.